IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| **BENJAMIN YANCEY,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| **MESSERLI & KRAMER, P.A.,** | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, BENJAMIN YANCEY, furnishes the following list in compliance with General L.R. 83.9:

1. **Name of Party Represented:**   BENJAMIN YANCEY

2. **Is Party a Corporation?:**   No

3. **Law Firms Representing Party:**   Larry P. Smith & Associates, Ltd.

**By:**   s/ David M. Marco
Attorney for Plaintiff

Date: August 5, 2010

David M. Marco (Atty. No.: 6273315)
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028 (x812)
Facsimile: (888) 418-1277
E-Mail: dmarco@smithlaw.us