UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BENJAMIN YANCEY
    Plaintiff(s),

v.                                      Case No. 2:10-cv-00676-WEC

MESSERLI & KRAMER, P.A.,
    Defendant(s).

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record (or pro se litigant) consents to have

<u>William E. Callahan</u> conduct all proceedings in this case, including a bench or jury trial, and order the entry of final judgment.

Signed and dated this <u>20th</u> day of <u>August</u>, 201<u>0</u>.

<u>/s David M. Marco</u>
Attorney for plaintiff (plaintiff pro se)        Attorney for defendant (defendant pro se)

---

**MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THE PARTIES CONSENT TO THE EXERCISE OF JURISDICTION BY THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING.**

---

REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this _____ day of _____, ____.

_____        _____
Attorney for plaintiff (plaintiff pro se)        Attorney for defendant (defendant pro se)

PLEASE SEE THE ORDER ON THE REVERSE SIDE FOR FURTHER INFORMATION.
THIS FORM SHALL BE FILED WITH THE CLERK OF COURT WITHIN **TWENTY-ONE (21) DAYS** FROM ITS RECEIPT.