UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| Benjamin Yancey, | **DEFENDANT'S DISCLOSURE STATEMENT** |
| Plaintiff, | |
| Messerli & Kramer P.A., | Case No. 10-CV-0676-WEC |
| Defendant. | |

_____

The undersigned, counsel of record for Defendant Messerli & Kramer P.A., furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(a)  The undersigned represents Messerli & Kramer P.A. in this action.

(b)  Messerli & Kramer P.A. is a professional association operating as a law firm and is organized under the laws of the State of Minnesota. There is no parent corporation or any publicly held corporation owning any stock in Messerli & Kramer P.A.

(c)  The attorneys of Messerli & Kramer P.A. will be the only attorneys appearing for Defendant in this action.

Dated: August 30, 2010.

**MESSERLI & KRAMER P.A.**

By: s/ Amanda E. Prutzman
Amanda E. Prutzman, #1060975
3033 Campus Drive, Suite 250
Plymouth, MN 55441
Telephone: (763) 548-7724
Facsimile: (763) 548-7922
ATTORNEYS FOR DEFENDANT